ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ROBERT WILSON,
a/k/a "Mitch,"
a/k/a "F,"
JASMA GROOMS,
a/k/a "Blaze,"
ULYSE LUGO,
a/k/a "June,"
MALIK HOLLOWAY,
a/k/a "Bleek,"
JOSE FLORES,
a/k/a "Whiteboy,"
JORGE GUTIERREZ,
a/k/a "J-Rozzay,"
MALIK MARDAH,
a/k/a "Leaky,"
MIGUEL BELARDO,
a/k/a "Pooky,"
ADELMIR OLIVA,
a/k/a "Berto,"
MARKEL SMALLS,
a/k/a "Kell,"
SHELBY HINES, and
NATHANIEL LUGO,
a/k/a "M,"

Defendants.

- - - - - - - - - - - - - - - - - x

SEALED INDICTMENT

20 Cr. __

20 CRIM 126

COUNT ONE
(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about 2015 up to and including February 2020, in the Southern District of New York and elsewhere, ROBERT WILSON, a/k/a "Mitch," a/k/a "F," JASMA

GROOMS, a/k/a "Blaze," ULYSE LUGO, a/k/a "June," MALIK HOLLOWAY, a/k/a "Bleek," JOSE FLORES, a/k/a "Whiteboy," JORGE GUTIERREZ, a/k/a "J-Rozzay," MALIK MARDAH, a/k/a "Leaky," MIGUEL BELARDO, a/k/a "Pooky," ADELMIR OLIVA, a/k/a "Berto," MARKEL SMALLS, a/k/a "Kell," SHELBY HINES, and NATHANIEL LUGO, a/k/a "M," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ROBERT WILSON, a/k/a "Mitch," a/k/a "F," JASMA GROOMS, a/k/a "Blaze," ULYSE LUGO, a/k/a "June," MALIK HOLLOWAY, a/k/a "Bleek," JOSE FLORES, a/k/a "Whiteboy," JORGE GUTIERREZ, a/k/a "J-Rozzay," MALIK MARDAH, a/k/a "Leaky," MIGUEL BELARDO, a/k/a "Pooky," ADELMIR OLIVA, a/k/a "Berto," MARKEL SMALLS, a/k/a "Kell," SHELBY HINES, and NATHANIEL LUGO, a/k/a "M," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that ROBERT WILSON, a/k/a "Mitch," a/k/a "F," JASMA GROOMS, a/k/a "Blaze," ULYSE LUGO, a/k/a "June," MALIK HOLLOWAY, a/k/a "Bleek," JOSE FLORES,

a/k/a "Whiteboy," JORGE GUTIERREZ, a/k/a "J-Rozzay," MALIK MARDAH, a/k/a "Leaky," MIGUEL BELARDO, a/k/a "Pooky," ADELMIR OLIVA, a/k/a "Berto," MARKEL SMALLS, a/k/a "Kell," SHELBY HINES, and NATHANIEL LUGO, a/k/a "M," the defendants, conspired to distribute and possess with intent to distribute were: (a) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A); (b) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A); and (c) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

COUNT TWO
(Firearms Offense)

The Grand Jury further charges:

4. From at least in or about 2015, up to and including February 2020, in the Southern District of New York, ROBERT WILSON, a/k/a "Mitch," a/k/a "F," JASMA GROOMS, a/k/a "Blaze," ULYSE LUGO, a/k/a "June," MALIK HOLLOWAY, a/k/a "Bleek," JOSE FLORES, a/k/a "Whiteboy," JORGE GUTIERREZ, a/k/a "J-Rozzay," MALIK MARDAH, a/k/a "Leaky," MIGUEL BELARDO, a/k/a

"Pooky," ADELMIR OLIVA, a/k/a "Berto," MARKEL SMALLS, a/k/a "Kell," SHELBY HINES, and NATHANIEL LUGO, a/k/a "M," the defendants, and others known and unknown, during and in relation to a drug trafficking offense for which they may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such drug trafficking offense, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and 2.)

FORFEITURE ALLEGATION AS TO COUNT ONE

5. As a result of committing the offense alleged in Count One of this Indictment, ROBERT WILSON, a/k/a "Mitch," a/k/a "F," JASMA GROOMS, a/k/a "Blaze," ULYSE LUGO, a/k/a "June," MALIK HOLLOWAY, a/k/a "Bleek," JOSE FLORES, a/k/a "Whiteboy," JORGE GUTIERREZ, a/k/a "J-Rozzay," MALIK MARDAH, a/k/a "Leaky," MIGUEL BELARDO, a/k/a "Pooky," ADELMIR OLIVA, a/k/a "Berto," MARKEL SMALLS, a/k/a "Kell," SHELBY HINES, and NATHANIEL LUGO, a/k/a "M," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

the said offense and any and all property used, or intended to be used, in any manner or part, to commit and to facilitate the commission of, said offense, including but not limited to a sum in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m); Title 21, United States Code, Section 853(p); and Title 28 United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, 1963; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**ROBERT WILSON, a/k/a "Mitch," a/k/a "F," JASMA GROOMS, a/k/a "Blue," ULYSE LUGO, a/k/a "June," MALIK HOLLOWAY, a/k/a "Bleek," JOSE FLORES, a/k/a "Whiteboy," JORGE GUTIERREZ, a/k/a "J-Rozzay," MALIK MARDAH, a/k/a "Leaky," MIGUEL BELARDO, a/k/a "Pooky," ADELMIR OLIVA, a/k/a "Berto," MARKEL SMALLS, a/k/a "Kell," SHELBY HINES, and NATHANIEL LUGO, a/k/a "M,"**

**Defendants.**

**SEALED**
**INDICTMENT**

20 Cr.

(18 U.S.C. §§ 924(c) and 2; and 21 U.S.C. § 846.)

GEOFFREY S. BERMAN
United States Attorney

**A TRUE BILL**

[signature]
Foreperson

TRUE BILL, SEALED INDICTMENT, & ARREST WARRANTS
- MJ. LEHRBURGER 2/13/2020 [signature]