UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                No.   20 CR 126-LTS

ROBERT WILSON et al.,

        Defendant.

-------------------------------------------------------x

## ORDER

The pretrial conference currently scheduled for August 13, 2021, at 11:00 a.m. (see docket entry no. 189), is adjourned sine die.

     SO ORDERED.

Dated: New York, New York
       August 12, 2021

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge