UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                    No.  20-CR-126-LTS-1

ROBERT WILSON,

        Defendant.

--------------------------------------------------------x

## ORDER

On December 27, 2024, Defendant Robert Wilson made a "Motion of Ineffective Assistance of Counsel."  (Docket entry no. 472.)  Mr. Wilson requests that the Court "remove Attorney Kenneth Montgomery from my case."  (Id.)

According to the court docket, Mr. Montgomery was never appointed to represent Mr. Wilson in this action and all appearances on Mr. Wilson's behalf have been made by Alberto A. Ebanks, who filed a notice of appearance as retained counsel on June 29, 2023.  (Docket entry no. 421.)  Accordingly, Mr. Wilson's request is denied.  This Order resolves Docket Entry No. 472.

SO ORDERED.
Dated: New York, New York
      January 6, 2025

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge