UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 20-CR-126-LTS-2

ROBERT WILSON,

                Defendant.

-------------------------------------------------------x

### Order

On May 9, 2025, Defendant Robert Wilson made a "Motion of Ineffective Assistance of Counsel." (Docket entry no. 484.) Mr. Wilson requests that the Court "remove Attorney Albert Ebanks from my case." (Id.)

Mr. Wilson's foregoing request to relieve his retained counsel of the representation is granted. The Court notes that Mr. Wilson was sentenced on April 10, 2024, and a judgment was filed on April 17, 2024. (See docket entry nos. 454-55.) To the extent that Mr. Wilson's letter can be construed as a request that the Clerk of Court be instructed to file a notice of appeal for him, the request is denied because the time for filing such a notice expired 14 days after entry of the judgment of conviction, and the time for seeking an extension of the time to file a notice of appeal has also expired. (See docket entry no. 455 at 44; FED. R. APP. P. 4(b)(1)(A), 4(b)(4).) Except to the extent expressly set forth herein, the Court expresses no opinion as to the timeliness of any potential appeal or post-conviction motion practice, and suggests that Mr. Wilson seek legal advice promptly as to such matters.

SO ORDERED.
Dated: New York, New York
        May 12, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Mail to:**
Robert Wilson, # 75857-054
FCI Hazelton
Bruceton Mill, WV 26525